UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 1:19-cr-194-03

v.                                              HONORABLE PAUL L. MALONEY

YONAS ANDBERHAM TEKESTE,

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Sally J. Berens in this action (ECF No. 138). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One of the Superseding Indictment.

Dated: December 11, 2019                                 /s/ Paul L. Maloney_____
                                                                   Paul L. Maloney
                                                                   United States District Judge